**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 23RD FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

October 19, 2021

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Daniel Silvu Camaras, 19 Cr. 651 (LTS)

Dear Chief Judge Swain:

I am appointed counsel to Mr. Silvu Camaras. At his initial appearance and arraignment on the Indictment in Magistrate's Court on September 29, 2021, I was advised that the Court had scheduled a pre-trial conference for October 28, 2021. Chambers thereafter asked counsel if we wished to go forward with the conference that day and what issues counsel would raise. The government has recently provided discovery in this case, and I currently have no issues to raise with the Court. Unless the Court wishes to proceed with a conference on October 28th, I respectfully request, with consent of the government, that it be adjourned for approximately sixty days. I have no objection to an exclusion of time under the Speedy Trial Act, given my need to begin review of the voluminous discovery produced by the government.

Respectfully submitted,

Gary G. Becker

cc: All Counsel (by ECF)

The foregoing adjournment request is granted. The pretrial conference in this matter is hereby rescheduled for January 6, 2022, at 11:00am. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time, from speedy trial computations, from today's date through January 6, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE no. 898 resolved. SO ORDERED. 10/29/2021
/s/ Laura Taylor Swain, Chief USDJ