LAW OFFICES OF
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

May 11, 2022

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Daniel Silvu Camaras, 19 Cr. 651 (LTS)

Dear Chief Judge Swain:

    I am appointed counsel to Mr. Silvu Camaras. The Court has scheduled a pre-trial conference in this matter for May 25, 2022, at 10:00 a.m. The government and I remain in discussions regarding a possible pre-trial disposition of this matter. Neither party currently has any issues to raise with the Court. Accordingly, I respectfully request with consent of the government that the conference be adjourned for approximately 45 days. I have no objection to an exclusion of time under the Speedy Trial Act until the re-scheduled date. Should the parties reach agreement on a pre-trial disposition prior to the adjourned date, we will notify the Court promptly.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc: All Counsel (by ECF)

The foregoing adjournment request is granted. The pretrial conference is hereby rescheduled for July 20, 2022, at 10:30a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through July 20, 2022, outweigh the best interests of the public and the defendant in a speedy trial in order to permit the parties to continue discussions regarding a potential pretrial disposition. Dkt. No. 1074 resolved.
SO ORDERED. 5/11/2022
/s/ Laura Taylor Swain, Chief USDJ