UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  19 CR  651 - LTS

DANIEL SILVU CAMARAS,

        Defendant.

--------------------------------------------------------x

ORDER

       The sentencing hearing in this case is scheduled to proceed on **August 5, 2022**, at **11:30 a.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York
       August 4, 2022

                                           __  /s/ Laura Taylor Swain_____
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge